JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GRAFF, | Case No. CV 17-3439 FMO (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITIMORTGAGE, INC., et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 21st day of May, 2018.

/s/
Fernando M. Olguin
United States District Judge